# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR371 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RYAN FRANKS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Ryan Franks's Objection to Magistrate's Denial of Motion to Review Order of Detention (Filing No. 44) in which he objects to the Magistrate Judge's Order of January 6, 2015 (Filing No. 42), denying Franks's Motion to Review Order of Detention (Filing No. 41).  Franks does not "specify (1) the parts of the order . . . to which [he] objects [nor] (2) the legal basis of the objections." NECrimR 59.2 (a).  Instead, he notes that he intends to present new evidence, *i.e.*, a drug evaluation he obtained on January 12, 2015.

When objecting to a magistrate judge's order, a party may not present new evidence without leave of court.  See NECrimR 59.2 (b)(1).

Accordingly,

IT IS ORDERED that the Defendant Franks's Objection to Magistrate's Denial of Motion to Review Order of Detention (Filing No. 44)  is denied.

DATED this 26th day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge