# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:14CR371** |
| **vs.** | ) | |
| | ) | **ORDER** |
| RYAN FRANKS and | ) | |
| ESTHER C. DURHAM, | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant Ryan Frank's unopposed motion to continue trial [48] as the defense counsel will be out of the country.   The court finds good cause being shown and the trial will be continued.  The defendant has complied with NECrimR 12.1(a).

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.      The jury trial, **for both defendants**, now set for March 10, 2015 is continued to **April 7 2015.**

2.      In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 7, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 27, 2015.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**