## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CR371** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RYAN FRANKS,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [65]. Counsel needs additional time to continue plea negotiations. The defendant shall comply with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [65] is granted, as follows:

1.      The jury trial now set for April 7, 2015 is continued to **May 12, 2015.**

2.      Defendant shall file a waiver of speedy trial as soon as practical.

3.      In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 12, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: April 1, 2015.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge